## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **AMARJIT SINGH,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-330-G |
| ) | |
| **SCARLET GRANT, Warden** ) | |
| **of the Cimarron Correctional Facility,** ) | |
| **Oklahoma, in her official capacity, et al.,** ) | |
| ) | |
| Respondents. ) | |

### ORDER

Petitioner Amarjit Singh, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on February 23, 2026. *See* Pet. (Doc. No. 1).

The record reflects that Petitioner is currently represented by attorney Mariana L. Hanna and that Attorney Hanna maintains an office in San Diego, California. To date, Petitioner's attorney has not shown association with local counsel or entered an appearance in this case. *See* LCvR 83.3(a).

IT IS ORDERED that, within seven (7) days of this Order, Petitioner's attorney shall file an entry of appearance, as required by Local Civil Rule 83.4, and show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c).

IT IS SO ORDERED this 27th day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge