UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMARJIT SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-330-G |
| ) | |
| SCARLET GRANT, Warden ) | |
| of the Cimarron Correctional Facility, ) | |
| Oklahoma, in her official capacity, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

On February 23, 2026, Petitioner Amarjit Singh, appearing through counsel, filed a Petition for Writ of Habeas Corpus ("Petition," Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. The Court has directed Respondents to file an answer or other response to the Petition no later than March 10, 2026. *See* Order of Feb. 24, 2026 (Doc. No. 6).

On February 26, 2026, Petitioner filed a Second Emergency Motion for Temporary Restraining Order (Doc. No. 8), seeking his release during the pendency of this action.

IT IS ORDERED that, no later than March 10, 2026, Respondents shall file a response to Petitioner's Second Emergency Motion for Temporary Restraining Order (Doc. No. 8).

IT IS SO ORDERED this 27th day of February, 2026.

                                                   */s/ Charles B. Goodwin*
                                                   CHARLES B. GOODWIN
                                                   United States District Judge